```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SINOTRANS LIMITED PROJECT               :
TRANSPORTATION BRANCH,                  :
                        Plaintiff,      :      08 Civ. 11015 (DLC)
                                        :
            -v-                         :      ORDER
                                        :
TIDAL SHIPPING & FREIGHT FORWARDING     :
LTD.,                                   :
                        Defendant.      :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/09

DENISE COTE, District Judge:

On December 30, 2008, a maritime attachment was issued. Accordingly, it is hereby

ORDERED that plaintiff advise the Court by **May 21, 2009** whether any funds were attached, and whether they should not be placed in the Court's Registry and the attachment otherwise vacated.

SO ORDERED:

Dated:  New York, New York
        May 15, 2009

_____
        DENISE COTE
United States District Judge